IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02301-RPM-MJW

RUBY LOCKETT,

Plaintiff,

v.

ARS NATIONAL SERVICES, a California corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that defendant's Unopposed Motion for Leave to Attend the Rule 16 Scheduling Conference Telephonically (Docket No. 11) is GRANTED. Defendant's counsel shall call chambers at 303-844-2403 at the scheduled time.

Date: October 10, 2012