IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02301-RPM-MJW

RUBY LOCKETT,

    Plaintiff,

v.

ARS NATIONAL SERVICES, INC. a California corporation,

    Defendant.

---

## **AMENDED** JUDGMENT PURSUANT TO FED. R. CIV. P. 68

---

Pursuant to the offer of judgment served by the defendant on October 8, 2012 and filed with this court October 23, 2012, and the acceptance of the offer filed October 23, 2012 with proof of service, and in accordance with Federal Rule of Civil Procedure 68, it is

ORDERED that judgment is hereby entered for the plaintiff Ruby Lockett and against ARS National Services, Inc., in the amount of $1,001.00, **plus an additional amount for Plaintiff's reasonable attorney's fees and costs**. It is

FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.18% from the date of entry of judgment.

                      DATED at Denver, Colorado this  24th  October, 2012.

                                  JEFFREY P. COLWELL, CLERK

                                  By:  s/ Edward P. Butler
                                        Edward Butler, Deputy Clerk