IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02301-RPM-MJW

RUBY LOCKETT,

    Plaintiff,

v.

ARS NATIONAL SERVICES, INC., a California corporation,

    Defendant.

## ORDER

This matter is before the Court on the Stipulated Motion to Amend Judgment against Defendant to Add Plaintiff's Attorney Fees. The Court has reviewed the pleading and is fully advised in the premises. It is ORDERED as follows:

    1. The Stipulated Motion to Amend Judgment against Defendant to Add Attorney's Fees is granted.

    2. Plaintiff's reasonable attorney's fees in the amount of $4,250.00 shall be added to the current Judgment of $1,001.00 and the costs taxed by the Clerk of the Court in the amount of $430.00. The Clerk of the Court is directed to enter Judgment for the Plaintiff, Ruby Lockett, and against the Defendant, ARS National Services, Inc., in the total amount of $5,681.00, plus post-judgment interest.

Dated this 29th day of November, 2012.

BY THE COURT:

_____
Richard P. Matsch
United States District Judge