IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02301-RPM-MJW

RUBY LOCKETT,

    Plaintiff,

v.

ARS NATIONAL SERVICES, INC. a California corporation,

    Defendant.

_____

SECOND AMENDED JUDGMENT PURSUANT TO FED. R. CIV. P. 68
_____

Pursuant to the offer of judgment served by the defendant on October 8, 2012 and filed with this court October 23, 2012, and the acceptance of the offer filed October 23, 2012 with proof of service; and pursuant further to the Order [#31] granting the Stipulated Motion [#29] to Amend Judgment Against Defendant to Add Plaintiff's Attorney's Fees, entered by Senior District Judge Richard P. Matsch on November 29, 2012; and in accordance with Federal Rule of Civil Procedure 68, it is

ORDERED that judgment is hereby entered for the plaintiff Ruby Lockett and against ARS National Services, Inc., in the amount of $4,250.00, which is added to the current Judgment of $1,001.00 and the costs taxed by the Clerk of the Court in the amount of $430.00, for a total award in the amount of $5,681.00, plus post judgment interest at the rate of 0.18%.

DATED at Denver, Colorado this 3rd day of December, 2012.

                                                JEFFREY P. COLWELL, CLERK

                                                By: s/ Edward P. Butler
                                                Edward Butler, Deputy Clerk